Eastern District of Kentucky
**FILED**

JUN 25 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON**

UNITED STATES OF AMERICA

V.                                            INDICTMENT NO. 6:26-cr-093-REW

CODY L. SMITH

\*   \*   \*   \*   \*

THE GRAND JURY CHARGES:

### COUNT 1
### 21 U.S.C. § 846

Beginning on or about a day in February 2025, the exact date unknown, and continuing through on or about March 21, 2025, in Laurel and Whitley Counties, in the Eastern District of Kentucky, and elsewhere,

**CODY L. SMITH**

did conspire with others to knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

### COUNT 2
### 18 U.S.C. § 924(c)(1)(A)

Beginning on or about a day in February 2025, the exact date unknown, and continuing through on or about March 21, 2025, in Laurel and Whitley Counties, in

the Eastern District of Kentucky,

**CODY L. SMITH**

did knowingly possess a firearm in furtherance of a drug trafficking offense for which he

may be prosecuted in a Court of the United States, as set forth in Count 1, that is, conspiracy

to distribute a mixture or substance containing a detectable amount of methamphetamine,

in violation of 18 U.S.C. § 924(c)(1)(A).

**A TRUE BILL**



**FOREPERSON**

JASON D. PARMAN
**FIRST ASSISTANT UNITED STATES ATTORNEY**

ANDREW H. TRIMBLE
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

### COUNT 1

Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

### COUNT 2

Not less than 5 years nor more than life imprisonment – to be served consecutive to any term of imprisonment imposed for any other offense – not more than a $250,000 fine, and not more than 5 years of supervised release.

**PLUS:**        Mandatory special assessment of $100 per count.